■ THOMAS E. TOJEK et al., Respondents, v PHYLLIS S. ROOT et al., Appellants. (Appeal No. 2.) [823 NYS2d 706]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered July 29, 2005 in a personal injury action. The order denied defendants' motion to set aside the verdict and grant a new trial or, in the alternative, for a collateral source hearing.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.